AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

# Return

| Case No.: 8:22-MJ-00464 | Date and time warrant executed: 06/29/2022 | Copy of warrant and inventory left with: Alvin Yoo at Subject Premises |
|---|---|---|

Inventory made in the presence of:
SA J. Ching

Inventory of the property taken and name(s) of any person(s) seized:

1 Lenovo Laptop
1 Black iPhone - cracked

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 6/30/2022

_Executing officer's signature_

EDWARD ANGE, SPECIAL AGENT
_Printed name and title_

[Print]  [Save As...]  [Reset]